# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 281 - 1 | **DATE** | 4/7/2008 |
| **CASE TITLE** | USA vs. Verbery Walker | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest 4/5/08. Defendant informed of his rights. Susan Shatz is granted leave to file her appearance as counsel for Defendant. Defendant to remain in custody pending preliminary examination and bond hearing set for 4/10/08 at 1:30 p.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|