## WAIVER CONCERNING THE TIMING OF INITIAL
## APPEARANCE BEFORE THE UNITED STATES MAGISTRATE JUDGE

**FILED**
APR 0 7 2008
MAGISTRATE JUDGE SUSAN E. CO[X]
UNITED STATES DISTRICT COURT

1. I, __Virberry Walker__, have been informed by __SA Chris Crocker__ and __SSA Joshua Slice__ of the FBI that I have been arrested for violations of Title __21__, United States Code, Section(s) __846__, pertaining to _____.

2. I have been informed and understand that I have a right under Rule 5(a) of the Federal Criminal Procedure to be brought without necessary delay before the nearest available federal magistrate judge or other judicial officer for the purposes of

   a. being arraigned on my arrest;

   b. being advised of the charges against me and of my rights; and

   c. having bail fixed by the Court.

3. At this time, I waive my right to appear before the nearest available federal magistrate judge or other judicial officer without necessary delay for these purposes.

4. I agree that my appearance may be delayed for a period not to exceed seventy-two (72) hours from the time I sign this waiver.

5. I do so knowingly and voluntarily, understanding that I have been arrested and will remain in custody until I am arraigned before a United States Magistrate Judge or other judicial officer.

6. I understand that a complaint, information or indictment will be filed against me, charging me with a violation of federal criminal law and that I will be prosecuted for that violation.

7. I also understand that the United States Magistrate Judge or other judicial officer before whom I will appear may be located in a district other than the one in which I was arrested and that I may be required to travel in the custody of federal agents to locations other than the district in which I was arrested.

_____
Defendant

Dated this __5__ day of __April__, 2008, at __17/5__ (state precise time).

SA _____
Witness

SSA _____
Witness