## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 281 - 1 | **DATE** | 4/10/2008 |
| **CASE TITLE** | USA vs. Verbery Walker | | |

**DOCKET ENTRY TEXT**

Defendant waives preliminary examination. Enter a finding of probable cause; Order Defendant bound to the District Court for further proceedings. Bond hearing held.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | VKD |
|---|---|---|