UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   08 CR 281 |
| | ) | 07 GJ 553 |
| v. | ) | |
| | ) | Hon. James F. Holderman |
| VERBERY WALKER, | ) | *Chief Judge* |
| also known as "Verb", and | ) | |
| FRED MAHAFFY | ) | |

**GOVERNMENT'S FIRST UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court under 18 U.S.C. § 3161(h)(8)(A) and (B) for an extension of time in which to return an indictment or file an information in this case from May 5, 2008, until and including June 4, 2008. In support of this motion, the government respectfully states as follows:

1.   This is a grand jury investigation into a narcotics conspiracy involving defendants VERBERY WALKER, a/k/a "Verb", and FRED MAHAFFY (collectively referred to as "the defendants"). The investigation resulted in the filing of a criminal complaint against the defendants on April 7, 2008. Specifically, the defendants were charged in the criminal complaint with:

Between on or about April 2, 2008 and April 5, 2008, in Cook County, and elsewhere, in the Northern District of Illinois, defendants did, conspire with each other and others to knowingly and intentionally possess with the intent to distribute and to distribute a controlled substance, namely, in excess of five kilograms or more of a mixture containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 846.

2. The defendants were arrested on April 5, 2008. The defendants had their initial appearance before Magistrate Judge Susan E. Cox on April 7, 2008.

3. The defendants are not presently in custody. Specifically, on April 10, 2008, by agreement of the parties, both defendants were released on secured bonds; defendant WALKER was released on a $90,000 secured bond and defendant MAHAFFY was released on an $88,000 secured bond.

4. Reasons exist that have led to the government's request for an extension. Those factors are stated in the Attachment hereto, which the government respectfully requests be placed under seal. The government is requesting that the Attachment be sealed so as not to compromise its ongoing investigation and so as not to reveal matters occurring before the Grand Jury.

5. Given the reasons stated in the government's sealed Attachment, the thirty days available to the government pursuant to Title 18, United States Code, Section 3161(b) in which to file an indictment or information against a defendant based on his arrest will not be sufficient. The United States estimates that a 30-day extension from the current expiration date of May 5, 2008, to and including June 4, 2008, will be sufficient time within which to return an indictment or information in this matter.

6. Among the factors identified by Congress as relevant to the determination whether time should be extended for indictment are those set forth in 18 U.S.C. § 3161(h)(8)(B), which provides in relevant part:

> Whether, in a case in which arrest precedes indictment, delay in the filing of the indictment is caused because . . . the facts upon which the grand jury must base its determination are unusual or complex; [and]

> Whether the failure to grant such continuance in a case which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), . . . would deny counsel for . . . the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

18 U.S.C. §§ 3161(h)(8)(B)(ii), (iv).

7.  The government respectfully submits that the 30-day continuance is warranted in this case pursuant to the forgoing provisions. The government has been conducting a diligent and thorough investigation in this case, but the investigation includes additional factors warranting an extension of time (as cited in the government's Attachment). The government cannot complete its investigation and appropriately conclude the investigation within the time allowed under Section 3161(b) of the Speedy Trial Act as currently extended.

8.  The undersigned has spoken with Robert Louis Rascia – Counsel for defendant VERBERY WALKER, and Robert Dean Kuzas – Counsel for defendant FRED MAHAFFY, and both have stated that they have no objection to the requested 30-day extension.

WHEREFORE, the government requests this Court to exclude time for a period of 30 days from the period prescribed in 18 U.S.C. § 3161, for the return of the indictment, up to and including June 4, 2008.

                                                        Respectfully submitted,

                                                        PATRICK J. FITZGERALD
                                                        United States Attorney

Dated: April 30, 2008

                                     By:    /s/   Tinos Diamantatos   6281728
                                              TINOS DIAMANTATOS
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              5th Floor
                                              Chicago, Illinois 60604
                                              (312) 353-4317

## **CERTIFICATE OF SERVICE**

Tinos Diamantatos, an Assistant United States Attorney assigned to the instant matter, hereby certifies that the attached **GOVERNMENT'S FIRST UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)** was served on April 30, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and served by first class mail, postage prepaid, on the following parties:

>Robert Louis Rascia, Esq.
>*Counsel for Verbery Walker*
>Law Offices of Rascia and DeCastro, Ltd.
>61 West Superior Street
>3rd Floor
>Chicago, Illinois 60610
>
>Robert Dean Kuzas, Esq.
>*Counsel for Fred Mahaffy*
>Robert Kuzas, Ltd.
>222 North LaSalle
>Suite 200
>Chicago, IL 60601

>>Respectfully submitted,
>>
>>PATRICK J. FITZGERALD
>>United States Attorney

>By:   /s/   Tinos Diamantatos   6281728
>>TINOS DIAMANTATOS
>>Assistant United States Attorney
>>219 South Dearborn Street
>>5th Floor
>>Chicago, Illinois 60604
>>(312) 353-4317