UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | No. | 08 CR 281 |
| | ) | | 07 GJ 553 |
| v. | ) | | |
| | ) | Hon. James F. Holderman |
| VERBERY WALKER, | ) | *Chief Judge* |
| also known as "Verb", and | ) | | |
| FRED MAHAFFY | ) | | |

## NOTICE OF FILING

TO:   **SEE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that on April 30, 2008, the undersigned filed the **GOVERNMENT'S FIRST UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**, a copy of which is enclosed herewith and hereby served upon you.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   /s/   Tinos Diamantatos   6281728
TINOS DIAMANTATOS
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-4317

## **SERVICE LIST:**

Robert Louis Rascia, Esq.
*Counsel for Verbery Walker*
Law Offices of Rascia and DeCastro, Ltd.
61 West Superior Street
3rd Floor
Chicago, Illinois 60610

Robert Dean Kuzas, Esq.
*Counsel for Fred Mahaffy*
Robert Kuzas, Ltd.
222 North LaSalle
Suite 200
Chicago, IL 60601