UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 08 CR 281 |
| VERBERY WALKER, | ) |
| Defendant. | ) |

### MOTION FOR SUBSTITUTION OF ATTORNEYS

The Defendant, VERBERY WALKER, moves this Honorable Court to allow the following substitution of attorneys.

I, SUSAN SHATZ, hereby moves this Honorable Court for leave to withdraw as counsel for the defendant, VERBERY WALKER.

*(signed)*
SUSAN SHATZ

I, ROBERT L. RASCIA, of RASCIA & DECASTRO, LTD., do hereby seek leave to appear as counsel for the defendant, VERBERY WALKER, in this matter.

*(signed)*
ROBERT L. RASCIA

I, VERBERY WALKER, respectfully request that this Honorable Court grant leave to SUSAN SHATZ, to withdraw as my counsel, and grant leave to ROBERT L. RASCIA, to appear as my counsel in this matter.

*(signed)*
VERBERY WALKER

RASCIA & DECASTRO, LTD.

ATTORNEYS AT LAW
01 W. SUPERIOR STREET
CHICAGO, IL 60610
(312) 994-9100

-1-