STATE OF ILLINOIS     )
                      ) SS
COUNTY OF COOK        )

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA     ) | |
|                              ) | |
|     Plaintiff,     ) | |
|                              ) | |
| vs.                          ) | No.: 08 CR 281 |
|                              ) | |
| VERBERRY WALKER,             ) | Magistrate Judge |
|                              ) | Susan E. Cox |
|     Defendant.    ) | |

### MOTION FOR MODIFICATION OF CONDITION
### OF PRETRIAL RELEASE

**NOW COMES** the Defendant, **VERBERRRY WALKER,** by and through his attorney, **ROBERT L. RASCIA,** and moves this Honorable Court to enter an order modifying the terms and conditions of his pretrial release.

In support thereof the Defendant states as follows:

1. The defendant was arrested on April 5, 2008, charged with a violation of Title 21 U.S.C. Section 846.

2. The defendant was released on a secured bond, with conditions, on April 10, 2008

3. The defendant was fault fully complied with the conditions of his pretrial release to date.

4. The government has been granted an extension of time to return indictment, which was unopposed by this defendant. AUSA Tinos Diamantatos has advised

counsel for the defendant that the government will be seeking another extension of time for the return of indictment. The government does not oppose this request.

5. The defendant seeks a modification in the conditions of his pretrial release to allow him to pursue full time employment opportunities while this matter is pending.

**WHEREFORE,** the Defendant respectfully prays for this Honorable Court to enter an order modifying the conditions of his pretrial release.

Respectfully Submitted,

_____
**ROBERT L. RASCIA,** Attorney
For the Defendant