# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**) ) | |
| **Plaintiff,** ) ) | |
| vs. ) ) | **No.: 08 CR 281** |
|  ) | **Magistrate Judge Susan E. Cox** |
| **VERBERRY WALKER,** ) ) | |
| **Defendant.** ) | |

## NOTICE OF MOTION

**To:** **Tinos Diamantatos**
**Assistant United States Attorney**
**219 S. Dearborn/5th Floor**
**Chicago, IL**

**Victor Alvarez**
**United States Pretrial Services**

You are hereby notified that we will appear In the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois, before the following Judge sitting in his/her stead, at the place and time below specified, and ask for a hearing on the Defendant's Motion for Modification of Condition of Pretrial Release.

| **JUDGE** | **ROOM** | **DATE** | **TIME** |
|---|---|---|---|
| **Cox** | **1342** | **June 3, 2008** | **9:30** |

I, the undersigned, **ROBERT L. RASCIA**, do hereby certify that I caused a true and correct copy of Defendant's Motion for Modification of Condition of Pretrial Release to be served upon Assistant United States Attorney Eugene L. Miller by electronic filing pursuant to Local Rule of Civil Procedure 5.9

_____
**Robert L. Rascia**