UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   08 CR 281 |
| | ) | |
| v. | ) | |
| | ) | Hon. Blanche M. Manning |
| VERBERY WALKER, | ) | *Acting Chief Judge* |
| also known as "Verb" | ) | |

### NOTICE OF FILING

TO:   Robert Louis Rascia, Esq.
*Counsel for Verbery Walker*
Law Offices of Rascia and DeCastro, Ltd.
61 West Superior Street
3rd Floor
Chicago, Illinois 60610

PLEASE TAKE NOTICE that on June 2, 2008, the undersigned filed the **GOVERNMENT'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**, a copy of which is enclosed herewith and hereby served upon you.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   /s/   Tinos Diamantatos   6281728
TINOS DIAMANTATOS
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-4317