Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 281 - 1 | **DATE** | 6/3/2008 |
| **CASE TITLE** | United States of America vs. Verberry Walker | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion by Robert Rascia for substitution of attorneys [22] is granted. Susan Shatz is given leave to withdraw her appearance as counsel for defendant Verberry Walker. Robert Rascia is given leave to file his appearance as defendant's counsel. Defendant Walker's motion to modify for modification of conditions of pretrial release [25] is granted. The home detention condition of release is modified to a curfew of 10:00 p.m. to 7:00 a.m. All other conditions remain. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05oah

| | | Courtroom Deputy Initials: | VKD |
|---|---|---|---|