IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) No.: 08 CR 281 |
|  | ) Magistrate Judge Susan E. Cox |
| VERBERRY WALKER, | ) |
| Defendant. | ) |

## ORDER

This cause coming on to be heard on the defendant's motion for modification of conditions of pretrial release, the parties being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. The home detention condition of release is modified to a curfew of 10:00 p.m. to 7:00 a.m.

2. All other conditions to remain.

6-3-08
DATED

MAGISTRATE JUDGE SUSAN E. COX

RASCIA & DECASTRO, LTD.

ATTORNEYS AT LAW
61 W. SUPERIOR STREET
CHICAGO, IL 60610
(312) 994-9100