# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Susan E. Cox | **Sitting Judge if Other than Assigned Judge** | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 281 | **DATE** | 7/30/2008 |
| **CASE TITLE** | USA vs. Verbery Walker | | |

**DOCKET ENTRY TEXT**

Government's third unopposed motion for an extension of time to return indictment pursuant to 18 U.S.C. §3161(h) [33] is granted. ENTER ORDER: It is hereby ordered that the time within which to file an indictment against the defendant be extended from August 3, 2008 to and including September 17, 2008. X-T

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|